LOUIS STIRN, Plaintiff, v. MAX STIRN and Others, Defendants, Impleaded with HELEN SOMBORN and Another, Appellants. EMPIRE TRUST COMPANY, Depositary, Respondent.— Order affirmed, with ten dollars costs and dis-

bursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Philbin, JJ.